FILED

14 MAY 28 PM 2:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FIGUEROA,<br><br>                Petitioner,<br>vs.<br><br>MELISSA LEA, Warden; et al.,<br><br>                Respondents. | CASE NO. 12-CV-2882 BEN (BLM)<br><br>**ORDER GRANTING MOTION TO ABANDON UNEXHAUSTED CLAIMS AND TO PROCEED FORWARD WITH THE EXHAUSTED CLAIMS**<br><br>[Docket No. 25] |

    Petitioner Jose Figueroa, a state prisoner proceeding *pro se*, filed a First Amended Petition ("FAP") (the operative petition) on April 24, 2013. In his FAP, Petitioner asserted eight claims that his constitutional rights were violated. Petitioner stated that claims 1 and 2 have been fully exhausted in state court and that claims 3 through 8 are unexhausted.

    On August 28, 2013, Petitioner filed a motion to stay and abey federal proceedings while he exhausted his claims in state court. (Docket No. 16.) In his motion, Petitioner asked the Court to stay his FAP pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), so that he could return to state court to exhaust the unexhausted claims. Magistrate Judge Barbara L. Major issued a thoughtful and thorough Report and Recommendation recommending that Petitioner's motion be denied. (Docket No. 21.) Petitioner filed an Objection to the Report and Recommendation. (Docket No. 22.) The undersigned adopted the Report and Recommendation and denied Petitioner's

Motion for Stay and Abeyance on March 13, 2014. (Docket No. 23.) Petitioner was ordered to either (1) file a motion asking to abandon his unexhausted claims (claims 3 through 8) so that he may proceed forward with the exhausted claims (claims 1 through 2); or (2) file a motion to dismiss the Petition.

On May 19, 2014, Petitioner filed a Motion to Abandon Unexhausted Claims and to Proceed Forward with the Exhausted Claims. (Docket No. 25.) For good cause shown, the Motion is **GRANTED**. Petitioner's unexhausted claims (claims 3 through 8) are **DISMISSED**. Claims 3 through 8 are dismissed with prejudice because his claims are untimely, as found in the Report and Recommendation. Petitioner may proceed forward with his exhausted claims (claims 1 and 2).

Respondent's answer to the FAP is due on **July 28, 2014**. Petitioner may file a traverse to matters raised in the answer no later than **August 28, 2014**. This matter is referred to Judge Major for a Report and Recommendation on the merits of claims 1 and 2.

**IT IS SO ORDERED.**

DATED: 5/28/14

HON. ROGER T. BENITEZ
United States District Judge